# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:11CR00060 HDY |
| | ) | |
| HAWK FIELD SERVICES, LLC | ) | |

## ORDER

The judgment entered on September 14, 2011, is amended to remove paragraphs numbered 6 & 7 on page 2 under the standard conditions of supervision.

IT IS SO ORDERED this  16  day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE